PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

**Sep 21, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | |
| 3224 NORTHSTEAD DR., SACRAMENTO, CA 95833 | CASE NO.: 2:23-SW-0171-CKD |
| 4443 MAY ST., SACRAMENTO, CALIFORNIA, 95838 | 2:23-SW-0172-CKD |
| HARLAN LAVELL WALKER | 2:23-SW-0173-CKD |
| COLE BORIHANE | 2:23-SW-0174-CKD |
| TEAL/SILVER TOYOTA HIGHLANDER (CA #6XOM745), REGISTERED TO MANO BORIHANE AT 4443 MAY ST., SACRAMENTO, CA | 2:23-SW-0175-CKD |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated:  September 21, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS